BEFORE THE SECOND DIVISION, MAY 1, 1952

**No. 56608.**—A. Newburg & Company, Inc. *v.* United States, protests 170668–K and 175250–K (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *B. Shackman & Co.* v. *United States* (26 Cust. Ct. 111, C. D. 1309), the claim of the plaintiff was sustained.

**No. 56609.**—Malmar Paper Co. *v.* United States, protests 161625–K and 161626–K (Seattle).

Opinion by RAO, J.   The protests were dismissed.

**No. 56610.**—Emporium Capwell Company et al. *v.* United States, protests 167113–K, etc. (San Francisco).

Opinion by RAO, J.   The protests were dismissed.

**No. 56611.**—S. Schapiro & Sons, Inc. *v.* United States, protests 170867–K, etc. (Baltimore).

Opinion by RAO, J.   The protests were dismissed.

**No. 56612.**—Bergdorf Goodman Co. *v.* United States, protests 162251–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.